**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50021 |
| Plaintiff - Appellee, | D.C. No. 3:13-cr-03794-LAB-1 |
| v. | |
| JOSE ESCOBAR-ESCOBAR, AKA Jesus Escobar-Escobar, AKA Jesus Escobar-Hernandez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted March 2, 2015[**]
Pasadena California

Before: PREGERSON, FERNANDEZ, and NGUYEN, Circuit Judges.

Jose Escobar-Escobar appeals the sentence imposed by the district court following a conviction for a violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291. We vacate the sentence and remand for resentencing.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

In imposing a high-end sentence of 16 months, the district court stated that "as part of [his] thinking in this case," he considered the costs to the taxpayers in providing Escobar with legal representation, court process, and incarceration. A district court, however, may not consider cost as a sentencing factor. *See United States v. Tapia-Romero*, 523 F.3d 1125, 1127 (9th Cir. 2008) (stating that § 3553(a) "neither requires, nor allows, a court to consider the cost of imprisonment in determining the appropriate length of a defendant's term of imprisonment").

**VACATED AND REMANDED.**